IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 21-mj-8068-BER

UNITED STATES OF AMERICA

    Plaintiff

v.

ELLIOT S. SMERLING, et al

    Defendant

_____/

### NOTICE OF TEMPORARY APPEARANCE AS COUNSEL OF RECORD

DAVID M. KUBILIUN, ESQ., of Greenspoon Marder LLP file this Notice of Temporary Appearance as counsel for the Defendant, ELLIOT S. SMERLING on this 1st day of March, 2021.

Respectfully submitted,

*/s/ David M. Kubiliun*
DAVID M. KUBILIUN, ESQ.
Florida Bar No. 343780
E-Mail 1: david.kubiliun@gmlaw.com
E-Mail 2: inga.kozarez@gmlaw.com

GreenspoonMarder LLP

600 Brickell Avenue, Suite 3600
Miami, FL  33131
Direct Office: (305) 789-2712
Office Fax: (305) 537-3932
*Attorney for Defendant*