UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-8060-BER

UNITED STATES OF AMERICA,

v.

ELLIOT SMERLING,

       Defendant.
_____

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING PRETRIAL RELEASE [DE 9]

THIS CAUSE is before the Court upon Defendant, Elliot Smerling's ("Defendant") Motion for Reconsideration of Order Denying Pretrial Release ("Motion") [DE 9]. The Court has carefully reviewed Defendant's Motion and the entire docket in this case.

The Court is simply without jurisdiction to rule on Defendant's Motion for Reconsideration. This is because Defendant was arrested in the Southern District of Florida based on a Criminal Complaint and arrest warrant issued by the Honorable Sarah Netburn, United States Magistrate Judge, under Southern District of New York under case number 21-MAG-2223. Pursuant to Federal Rule of Criminal Procedure 5(c)(3)(E), when a defendant is transferred and discharged from the district of arrest, the clerk must promptly transmit the papers and any bail to the clerk in the district where the offense is charged. This effectively transfers jurisdiction from the district of arrest to the district of prosecution.

As noted in this Court's Pretrial Detention Order [DE 5, n. 4], once the Warrant of Removal [DE 6] was signed by this Court on March 4, 2021, this Court was divested of any further

jurisdiction over this matter. Moreover, Defendant is not physically present within the Southern District of Florida, and he in the process of being transported by the U.S. Marshal to the Southern District of New York.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion [DE 9] is DENIED without prejudice to Defendant's ability to re-file in the United States District Court for the Southern District of New York under case no 21-MAG-2223, or to seek any other appropriate relief in the Southern District of New York.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 6th day of May, 2021.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge